FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2022

No. 04-22-00390-CV

Brian **GILL**,
Appellant

v.

Gina **GILL**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23530
Honorable Tina Torres, Judge Presiding

# O R D E R

The district court signed a final judgment on May 26, 2022; the reporter's record was due to be filed in this court by July 25, 2022. *See* TEX. R. APP. P. 35.1. No reporter's record has been filed. It appears that none has been requested. *Contra id.* R. 35.3(b)(2)

Therefore, we **order** Appellant to provide written proof to this court within ten days of the date of this order that the reporter's record has been requested and paid for or arrangements have been made to pay the reporter's fee (unless Appellant is entitled to appeal without paying the reporter's fee). *See id*. R. 35.3(b)(2), (3). If Appellant fails to respond within the time provided, Appellant must file his brief with this court within thirty days of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See* TEX. R. APP. P. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due fifteen days from the date Appellant files written proof showing compliance with this order.

_____
Patricia O. Alvarez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court